21603366

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.
Jason Arnold

Defendant

Case No. 2:19-MJ-0032 CKD

2:19-cr-0043 MCE

RECEIVED
UNITED STATES MARSHAL
2019 FEB 15 PM 4:02
EASTERN DISTRICT
OF CALIFORNIA

FILED
APR 11 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNSEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jason Arnold,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) – Distribution of a Controlled Substance
21 U.S.C. § 846 – Conspiracy to Distribute a Controlled Substance

Date: 2/15/2019

*Issuing officer's signature*

City and state: Sacramento, California

Carolyn K. Delaney, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/15/19, and the person was arrested on *(date)* 2/20/19
at *(city and state)* CHANDLER, AZ.

Date: 2/20/19

DUSM
*Arresting officer's signature*
SIGNED FOR FBI AGENTS

, United States Magistrate Judge
*Printed name and title*