1  MCGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  501 I Street
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2799
5

6  Attorneys for Plaintiff
   United States of America
7

8                        IN THE UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:19-CR-00043-MCE
12 |                        Plaintiff, | STIPULATION AND ORDER BETWEEN THE
   |                                   | UNITED STATES AND DEFENDANT JASON
13 |             v.                    | ARNOLD
14 | JASON KEITH ARNOLD,               |
15 |                        Defendant. |

16

17                                  **STIPULATION**

18      WHEREAS, the discovery in this case is voluminous and contains personal information

19 including but not limited to Social Security numbers, dates of birth, financial account numbers,

20 telephone numbers, residential addresses, and information potentially regarding confidential informants

21 ("Protected Information"); and

22      WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

23 unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court

24 proceedings in this matter;

25      The parties agree that entry of a stipulated protective order is appropriate.

26      THEREFORE, defendant, JASON KEITH ARNOLD, by and through his counsel of record Mia

27 Crager ("Defense Counsel"), and plaintiff, the United States of America, by and through its counsel of

28 record, hereby agree and stipulate as follows:

                                                     1
   STIPULATION AND ORDER

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view un-redacted documents in the presence of Defense Counsel or under the supervision of Defense Counsel. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case, which includes any and all direct appeals and collateral attack.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///
///
///
///
///
///
///
///

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

Dated: April 10, 2019  MCGREGOR W. SCOTT
United States Attorney

/s/ Grant B. Rabenn
GRANT B. RABENN
Assistant United States Attorney

Dated: April 10, 2019  /s/ Mia Crager
MIA CRAGER
Counsel for Defendant Jason Keith Arnold

## ORDER

IT IS SO FOUND AND ORDERED this 15th day of April, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE