HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
mia_crager@fd.org

Attorney for Defendant
JASON KEITH ARNOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JASON KEITH ARNOLD, et al.,<br><br>  Defendants. | Case No. 2:19-CR-00043-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: June 20, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Grant Rabenn, attorney for Plaintiff, Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for JASON K. ARNOLD, and David M. Garland attorney for ALICIA M. McCOY that the status conference, currently scheduled for June 20, 2019, be continued to October 17, 2019 at 10:00 a.m.

The reason is that defense counsel needs time to review discovery and discuss it with their clients.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 17, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: June 19, 2019
HEATHER E. WILLIAMS
Federal Defender
/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
JASON ARNOLD

Dated: June 19, 2019
/s/ *David M. Garland*
DAVID M. GARLAND
Attorney for Defendant
ALICIA M. McCOY

Dated: June 19, 2019
McGREGOR W. SCOTT
United States Attorney

/s/ *Grant B. Rabenn*
GRANT B. RABENN
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including October 17, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 20, 2019 status conference shall be continued until October 17, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE