McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00043 |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JASON ARNOLD ET AL., | DATE: JANUARY 23, 2020 |
| Defendants. | TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.  By sua sponte minute order of the court issued on December 3, 2019, the status conference in this matter was moved from December 11, 2020 to January 23, 2020 without an order for exclusion of time.

2.  By this stipulation, defendants now move to exclude time from the date of December 3, 2019 through the new status conference date of January 23, 2020 under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes reports, voluminous financial records, and other documentary evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Counsel for defendants desire additional time to consult with his/her clients, to

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

| | |
|---|---|
| 1 | review the current discovery, and to discuss potential resolutions with his/her clients. |
| 2 | c) Counsel for defendants believe that failure to grant the above-requested |
| 3 | continuance would deny them the reasonable time necessary for effective preparation, taking into |
| 4 | account the exercise of due diligence. |
| 5 | d) The government does not object to the continuance. |
| 6 | e) Based on the above-stated findings, the ends of justice served by continuing the |
| 7 | case as requested outweigh the interest of the public and the defendant in a trial within the |
| 8 | original date prescribed by the Speedy Trial Act. |
| 9 | f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, |
| 10 | et seq., within which trial must commence, the time period of December 11, 2019 through |
| 11 | JANUARY 23, 2020 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), |
| 12 | B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's |
| 13 | request on the basis of the Court's finding that the ends of justice served by taking such action |
| 14 | outweigh the best interest of the public and the defendant in a speedy trial. |
| 15 | / / / |
| 16 | / / / |
| 17 | / / / |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 5, 2019                                    MCGREGOR W. SCOTT
                                                            United States Attorney

                                                            /s/ GRANT B. RABENN
                                                            GRANT B. RABENN
                                                            Assistant United States Attorney

Dated:  December 5, 2019                                    /s/ Mia Crager
                                                            MIA CRAGER
                                                            Counsel for Defendant
                                                            JASON ARNOLD

Dated:  December 5, 2019                                    /s/ Kresta Daly
                                                            KRESTA DALY
                                                            Counsel for Defendant
                                                            DAVID WHITE

Dated:  December 5, 2019                                    /s/ David Garland
                                                            DAVID GARLAND
                                                            Counsel for Defendant
                                                            ALICIA MCCOY

## ORDER

The Court adopts the stipulation of the parties as its order. However, due to the unavailability of the Court, the new status conference shall be set on April 23, 2020, at 10:00 a.m. in Courtroom 7. The parties are encouraged to file a Notice of Exclusion of Time if amenable and applicable. For time sensitive matters, the parties are directed to email the Courtroom Deputy Clerk to seek a hearing before another District Judge.

IT IS SO ORDERED.

Dated:  December 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE