McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00043 |
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JASON ARNOLD ET AL., | DATE: April 23, 2020 |
| Defendants. | TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By sua sponte minute order of the court issued on December 20, 2019, the status conference in this matter was moved from January 23, 2020 to April 23, 2020 without an order for exclusion of time.

2.      By this stipulation, defendants now move to exclude time from the date of January 23, 2020 through the new status conference date of April 23, 2020 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes reports, voluminous financial records, and other documentary evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time to consult with his/her clients, to

1   review the current discovery, and to discuss potential resolutions with his/her clients.

2          c)     Counsel for defendants believe that failure to grant the above-requested

3   continuance would deny them the reasonable time necessary for effective preparation, taking into

4   account the exercise of due diligence.

5          d)     The government does not object to the continuance.

6          e)     Based on the above-stated findings, the ends of justice served by continuing the

7   case as requested outweigh the interest of the public and the defendant in a trial within the

8   original date prescribed by the Speedy Trial Act.

9          f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10  et seq., within which trial must commence, the time period of January 23, 2020 through April 23,

11  2020 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

12  T4] because it results from a continuance granted by the Court at defendant's request on the basis

13  of the Court's finding that the ends of justice served by taking such action outweigh the best

14  interest of the public and the defendant in a speedy trial.

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6  Dated:  January 16, 2020                    McGREGOR W. SCOTT
                                              United States Attorney
7

8                                             /s/ GRANT B. RABENN
                                              GRANT B. RABENN
9                                             Assistant United States Attorney

10

11 Dated:  January 16, 2020                    /s/ Mia Crager
                                              MIA CRAGER
12                                            Counsel for Defendant
                                              JASON ARNOLD
13

14 Dated:  January 16, 2020                    /s/ Kresta Daly
                                              KRESTA DALY
15                                            Counsel for Defendant
                                              DAVID WHITE
16

17 Dated:  January 16, 2020                    /s/ David Garland
                                              DAVID GARLAND
18                                            Counsel for Defendant
                                              ALICIA MCCOY
19

20                              **ORDER**

21        IT IS SO ORDERED.

22 DATED:  January 24, 2020

23

24  _____

25  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE
26

27

28