HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
mia_crager@fd.org

Attorney for Defendant
JASON ARNOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-0043 MCE |
| Plaintiff, | |
| v. | **ORDER SEALING DOCUMENT** |
| JASON ARNOLD, | |
| Defendant. | |

Pursuant to Local Rule 141, based on a request to seal, the addendum provided to the Court shall be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated:  March 5, 2020

Troy L. Nunley
United States District Judge