**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**
**(916) 498-5700 Fax: (916) 498-5710**

Heather E. Williams  Benjamin D. Galloway
*Federal Defender*  *Chief Assistant Federal Defender*

# MEMORANDUM

Date:   May 25, 2021

To:     Stephanie Deutsch, Courtroom Deputy to the Hon. Morrison C. England, Jr.

From    Lexi Negin, Assistant Federal Defender

Subject *United States v. Jason Keith Arnold,* Case No. 2:19-cr-00043-MCE

The parties are requesting that sentencing for the above-captioned matter be continued to August 5, 2021, at 10:00 a.m. to allow defense counsel more time to discuss matter with client in light of the logistical difficulties presented by COVID-19. Below is the modified PSR schedule. The United States Attorney's Office and United States Probation have no objection to the continuance of this matter.

| | |
|---|---|
| Informal Objections Due: | July 8, 2021 |
| Final PSR Due: | July 15, 2021 |
| Formal Objections Due: | July 22, 2021 |
| Reply Due: | July 29, 2021 |
| Judgment and Sentencing Hearing: | August 5, 2021 at 10:00 a.m. |

Please contact me if you have any questions.

LN/lz