PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JASON ARNOLD,<br><br>                Defendant. | CASE NO. 2:19-CR-00043-TLN<br><br>STIPULATION REGARDING SENTENCING; ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 31, 2022. ECF No. 173. The case was recently reassigned and all pending dates vacated. ECF No. 174.

2. By this stipulation, the parties now move to set the matter for sentencing on March 31, 2022, and request that the Court set the following schedule:

    a) Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before March 3, 2022;

    b) A final PSR shall be filed by the probation officer on or before March 10, 2022;

    c) Formal objections to, and motions for correction of, the PSR shall be filed on or before March 17, 2022;

    d) Sentencing memoranda shall be filed on or before March 24, 2022;

1          e)    Replies to objections to, and motions for correction of, the PSR shall be filed on

2  or before March 24, 2022.

4      IT IS SO STIPULATED.

6  Dated: November 16, 2021                            PHILLIP A. TALBERT
                                                                          Acting United States Attorney

8                                                                            /s/ SAM STEFANKI
                                                                          SAM STEFANKI
9                                                                            Assistant United States Attorney

12  Dated: November 16, 2021                            /s/ LEXI NEGIN
                                                                          LEXI NEGIN
13                                                                           Counsel for Defendant
14                                                                           JASON ARNOLD

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**ORDER**

This matter is hereby SET for judgment and sentencing on March 31, 2022, at 9:30 a.m. The parties shall appear before the Court at that date and time. The Court hereby ADOPTS the following schedule:

1. Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before March 3, 2022;

2. A final PSR shall be filed by the probation officer on or before March 10, 2022;

3. Formal objections to, and motions for correction of, the PSR shall be filed on or before March 17, 2022;

4. Sentencing memoranda shall be filed on or before March 24, 2022;

5. Replies to objections to, and to motions for correction of, the PSR shall be filed on or before March 24, 2022.

IT IS SO ORDERED.

DATED: November 16, 2021

Troy L. Nunley
United States District Judge